■ MARGARET GELDENS, Appellant, v PETER KIEWIT SONS', INC., et al., Respondents.—Order, Supreme Court, New York County (William J. Davis, J.), entered on November 6, 1991, unanimously affirmed for the reasons stated by William J. Davis, J., without costs or disbursements. No opinion. Concur —Sullivan, J. P., Milonas, Asch and Smith, JJ.